# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AARON SLOAN,  )
        Plaintiff,  )
          )  C.A. No. 13-104 Johnstown
v.  )
          )
DAVID PITKINS, et al,  )
        Defendants.  )

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on May 16, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on May 4, 2016, recommended that Defendants' partial motion for summary judgment [64] be granted and that summary judgment be entered in favor of Defendant Rozum and against Plaintiff on all remaining claims against Defendant Rozum. It was further recommended that all claims against Defendant Pitkins be dismissed in accordance with Plaintiff's voluntary withdrawal of the same. As a result of the foregoing, Defendants Rozum and Pitkins should be terminated from this case. Service was made on Plaintiff by mail at SCI Greene, where he is incarcerated, and on Defendants. Objections were filed by the Plaintiff on May 24, 2016. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 19th Day of August, 2016;

IT IS HEREBY ORDERED that Defendants' partial motion for summary judgment [64] is GRANTED and that summary judgment be entered in favor of Defendant Rozum and against Plaintiff on all remaining claims against Defendant Rozum. It is further ORDERED that all claims against Defendant Pitkins are DISMISSED in accordance with Plaintiff's voluntary withdrawal of the same. As a result of the foregoing, Defendants Rozum and Pitkins are terminated from this case

The report and recommendation of Magistrate Judge Baxter, dated May 4, 2016, is adopted as the opinion of the court.

August 19, 2016

KIM R. GIBSON
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record \_\_\_\_